IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD DAVID MORGAN,

    Petitioner,

v.                                                  Case No.  19-cv-796-jdp

CATHY A. JESS,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Ronald David Morgan's petition for a writ of habeas corpus under 28 U.S.C. § 2254 dismissing this case.

| /s/ | 4/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |